# UNITED STATES BANKRUPTCY COURT
## FOR THE EATERN DISTRICT OF WISCONSIN

In re:

GERALD KEITH ANDERSON and
HEATHER LEEMARIE HINKFORTH,

       Debtors.

Bankr. Case No.: 22-24134-kmp

Chapter 7

---

HEATHER LEEMARIE HINKFORTH,

       Plaintiff,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, NAVIENT SOLUTIONS, LLC,
UNION BANK & TRUST ELT NAT'L ED LNS
NETW, ECSI FEDERAL PERKINS LOAN
SERVICER, UMB BANK ELT NAVIENT
SOLUTIONS LLC & TRUST,
MILWAUKEE SCHOOL OF ENGINEERING,
and EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

       Defendants.

Adv. Proc. No.: 24-02079-kmp

## STIPULATION TO DISMISS NAVIENT SOLUTIONS LLC AND NAMED DEFENDANT "UMB BANK ELT NAVIENT SOLUTIONS LLC & TRUST" AS DEFENDANTS

Plaintiff, Heather Leemarie Hinkforth ("Plaintiff"), and Navient Solutions, LLC ("NSL"), on behalf of itself and named defendant "UMB Bank ELT Navient Solutions LLC & Trust", by and through their undersigned counsel, hereby stipulate as follows:

1.    NSL was the servicer on student loan(s) owed by Plaintiff.

2.    Educational Credit Management Corporation ("ECMC") is the holder of the loan(s) that NSL was the servicer on. As the holder of the loan(s), ECMC is the correct party to defend the loan(s).

Doc ID: 840618a558403a7147cedbf960c2b2b6dd062f7f

3.      NSL represents that it has no authority to litigate the discharge of Plaintiff's student loan(s) at issue.

4.      The parties to this stipulation agree to the dismissal of Navient Solutions, LLC and named defendant "UMB Bank ELT Navient Solutions LLC & Trust" as Defendants in this adversary proceeding.

WHEREFORE, the parties pray this Honorable Court for an Order approving the instant Stipulation and dismissing Navient Solutions, LLC and named defendant "UMB Bank ELT Navient Solutions LLC & Trust" as Defendants in the above-captioned adversary proceeding.

By: _____          Dated: 09 / 20 / 2024
Heather Lee-Marie Hinkforth
N114W15640 Sylvan Cir
Germantown, WI 53022
Plaintiff


By: _____          Dated: 09 / 19 / 2024
Deborah A. Stencel
Miller & Miller Law, LLC
700 W Virginia St
Ste 605
Milwaukee, WI 53204-1515
414-395-4501
Fax : 414-277-1303
Email: deborah@millermillerlaw.com
Attorneys for Plaintiff


By: /s/ Amy A. Aronson _____          Dated: 7/26/2024
Amy Aronson, Esquire
Aronson & Walsh, PC
P.O. Box 5907
Vernon Hills, IL 60061
Telephone: (847) 247-1810
Email: amyaronson@comcast.net
Attorneys for Navient Solutions, LLC

Doc ID: 840618a558403a7147cedbf960c2b2b6dd062f7f


| | |
|---|---|
| **Title** | Document to sign |
| **File name** | Hinkforth_-_Stipulation.pdf |
| **Document ID** | 840618a558403a7147cedbf960c2b6dd062f7f |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **09 / 19 / 2024**<br>16:33:51 UTC-5 | Sent for signature to Heather LeeMarie Hinkforth (hinkforthhettie@yahoo.com) and Deborah A. Stencel (deborah@millermillerlaw.com) from accounts@millermillerlaw.com<br>IP: 184.59.61.227 |
| VIEWED | **09 / 19 / 2024**<br>16:39:11 UTC-5 | Viewed by Deborah A. Stencel (deborah@millermillerlaw.com)<br>IP: 184.59.61.227 |
| SIGNED | **09 / 19 / 2024**<br>16:39:41 UTC-5 | Signed by Deborah A. Stencel (deborah@millermillerlaw.com)<br>IP: 184.59.61.227 |
| VIEWED | **09 / 20 / 2024**<br>09:00:38 UTC-5 | Viewed by Heather LeeMarie Hinkforth (hinkforthhettie@yahoo.com)<br>IP: 76.39.80.113 |


| | |
|---|---|
| **Title** | Document to sign |
| **File name** | Hinkforth_-_Stipulation.pdf |
| **Document ID** | 840618a558403a7147cedbf960c2b6dd062f7f |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SIGNED | **09 / 20 / 2024**<br>20:05:10 UTC-5 | Signed by Heather LeeMarie Hinkforth<br>(hinkforthhettie@yahoo.com)<br>IP: 174.229.120.29 |
| COMPLETED | **09 / 20 / 2024**<br>20:05:10 UTC-5 | The document has been completed. |

Powered by **Dropbox** Sign