UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: Gerald Keith Anderson and                 Case No. 22-24134-KMP
       Heather LeeMarie Hinkforth,

                     Debtors.                              Chapter 7

---

Heather LeeMarie Hinkforth,

                 Plaintiff,
     vs.                                      Adversary No. 24-02079-KMP

United States Department of Education,
Navient Solutions, LLC.,
Union Bank & Trust ELT Nat'l Ed Lns Netw,
Transitional Guaranty Agency,
ECSI Federal Perkins Loan Servicer,
Ascendium Education Solutions, Inc.,
Umb Bank Elt Navient Solutions LLC & Trust,
Milwaukee School of Engineering

        Defendants.

---

**STIPULATION AND MOTION FOR ENTRY OF ORDER
DETERMINING STUDENT LOAN OBLIGATIONS TO UNITED STATES
DEPARTMENT OF EDUCATION
DISCHARGED PURSUANT TO 11 U.S.C. § 523(a)(8)**

---

       Plaintiff Heather LeeMarie Hinkforth and Defendant United States Department of Education ("DOE"), by their respective undersigned attorneys, stipulate to the following and hereby move the Court to enter an order determining that Plaintiff's student loan obligations to DOE only are discharged:

       1.      Plaintiff is obligated to DOE on the below-listed fifteen (15) educational loans incurred between October 2001 and March 2011, currently totaling approximately $88,954.79 (principal of $73,768.75 and interest of $15,186.04) ("Student Loans"):

1

| Loan # | Loan Holder Name | Loan Date | Loan Amount | Loan Type | Loan Status | Principal [5] | Interest | Date Entered Repayment[6] |
|---|---|---|---|---|---|---|---|---|
| 23 | DEPT OF ED/NELNET | 2011-03-18 | $ 3,650.00 | DIRECT STAFFORD UNSUBSIDIZED | Forbearance | $ 4,909.00 | $ 1,345.00 | 3/17/2012 |
| 22 | DEPT OF ED/NELNET | 2011-03-18 | $ 347.00 | DIRECT STAFFORD SUBSIDIZED | Forbearance | $ 390.00 | $ 58.00 | 3/17/2012 |
| 21 | DEPT OF ED/NELNET | 2010-09-03 | $ 3,650.00 | DIRECT STAFFORD UNSUBSIDIZED | Forbearance | $ 5,077.00 | $ 1,391.00 | 3/17/2012 |
| 20 | DEPT OF ED/NELNET | 2010-09-03 | $ 348.00 | DIRECT STAFFORD SUBSIDIZED | Forbearance | $ 391.00 | $ 58.00 | 3/17/2012 |
| 19 | DEPT OF ED/NELNET | 2009-12-25 | $ 6,000.00 | DIRECT STAFFORD UNSUBSIDIZED | Forbearance | $ 8,688.00 | $ 2,380.00 | 3/17/2012 |
| 18 | DEPT OF ED/NELNET | 2009-12-25 | $ 4,500.00 | DIRECT STAFFORD SUBSIDIZED | Forbearance | $ 5,191.00 | $ 964.00 | 3/17/2012 |
| 15 | DEPT OF ED/ECSI FEDERAL PERKINS SERVICER | 2006-11-17 | $ 2,000.00 | FEDERAL PERKINS | Bankruptcy, Active | $ 2,000.00 | $ 1,059.00 | 4/1/2008 |
| 14 | DEPT OF ED/NELNET | 2006-07-06 | $ 5,500.00 | FFEL STAFFORD SUB | Forbearance | $ 9,370.00 | $ 459.00 | 11/27/2007 |
| 13 | DEPT OF ED/NELNET | 2006-07-06 | $ 5,000.00 | FFEL STAFFORD UNSUB | Forbearance | $ 12,374.00 | $ 606.00 | 11/27/2007 |
| 12 | DEPT OF ED/NELNET | 2003-09-05 | $ 3,200.00 | DIRECT STAFFORD UNSUBSIDIZED | Forbearance | $ 4,626.00 | $ 794.00 | 11/27/2007 |
| 11 | DEPT OF ED/NELNET | 2003-09-05 | $ 2,800.00 | DIRECT STAFFORD SUBSIDIZED | Forbearance | $ 3,009.00 | $ 470.00 | 11/27/2007 |
| 10 | DEPT OF ED/NELNET | 2002-08-31 | $ 4,000.00 | DIRECT STAFFORD UNSUBSIDIZED | Forbearance | $ 5,955.00 | $ 1,022.00 | 11/27/2007 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | DEPT OF ED/NELNET | 2002-08-31 | $ 2,625.00 | DIRECT STAFFORD SUBSIDIZED | Forbearance | $ 2,821.00 | $ 441.00 | 11/27/2007 |
| 8 | DEPT OF ED/NELNET | 2001-10-25 | $ 4,000.00 | DIRECT STAFFORD UNSUBSIDIZED | Forbearance | $ 6,146.00 | $ 1,055.00 | 11/27/2007 |
| 7 | DEPT OF ED/NELNET | 2001-10-25 | $ 2,625.00 | DIRECT STAFFORD SUBSIDIZED | Forbearance | $ 2,821.00 | $ 441.00 | 11/27/2007 |

2. These Student Loans are dischargeable as to Plaintiff pursuant to 11 U.S.C. § 523(a)(8), as repayment would impose an undue hardship.

3. Plaintiff and DOE agree to the entry of an order determining the Student Loans to be dischargeable and closing this adversary proceeding, with the parties bearing their own costs.

Dated this 22nd day of January, 2025.

Respectfully submitted,

*/s/ Deborah A. Stencel*
Deborah A. Stencel
Miller & Miller Law, LLC
700 W Virginia Ste 605
Milwaukee, WI 53204-1515
(414) 395-4501
deborah@millermillerlaw.com
*Attorney for Plaintiff*

-and-

3

Case 24-02079-kmp    Doc 45    Filed 01/22/25    Page 3 of 4

GREGORY J. HAANSTAD
United States Attorney

By: *s/ Luke Sinclair*

LUKE P. SINCLAIR
Assistant United States Attorney
Wisconsin Bar No. 10857786
Office of the United States Attorney
Eastern District of Wisconsin
517 E Wisconsin Ave, Rm 530
Milwaukee, WI 53202
Phone: (414) 297-1700
Fax: (414) 297-4394
luke.sinclair@usdoj.gov
*Attorneys for Defendant United States Department of Education*