February 3, 2025

Honorable Katherine M. Perhach
United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

**Re:** Heather Lee-Marie Hinkforth
Adv. No. 24-02079-kmp

Dear Judge Perhach:

I have your notice of a pretrial conference for February 25, 2025, in the above referenced matter. I am not available on that date and I will not be available until March 10, 2025. Could you please reschedule this pretrial conference?

Thank you for your consideration.

Sincerely,

**NODOLF FLORY, LLP**

Jeffrey W. Guettinger

JWG:amr

cc: Deborah A. Stencel (via ECF)

Nodolf Flory, LLP | 526 Water Street, PO Box 1165 | Eau Claire, Wisconsin 54702 | Tel: (715) 830-9771 | Fax: (715) 830-9780 | www.nfattorneys.com

Case 24-02079-kmp    Doc 51    Filed 02/03/25    Page 1 of 1